IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BEN SANDERS, JR.,

    Plaintiff,

v.

ALFONSO GRAHAM and
JAYNE HACKBARTH,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-716-slc

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____      6/1/10
Peter Oppeneer, Clerk of Court           Date